IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LISA J. HERRERA, as Personal Representative
of the Estate of RUDOLFO R. LUCERO, Deceased,

    Plaintiff,

vs.                                              CV 11-848 CG/KBM

CITY OF ROSWELL, ROBERT SMITH,
ERIC BRACKEEN, and JOHN MEREDITH,

    Defendants.

# NOTICE OF CIVIL JURY TRIAL

**BY DIRECTION OF THE HON. CARMEN E. GARZA, MAGISTRATE JUDGE**, the case of *Herrera v. City of Roswell, et al* will come on for:

**PRETRIAL CONFERENCE on Monday, April 14, 2014, at 9:00 a.m.** at the United States Courthouse, Organ Courtroom, 100 N. Church, Las Cruces
and

**JURY SELECTION AND TRIAL on Monday, May 5, 2014, at 9:00 a.m.**, at the United States Courthouse, 100 N. Church, Organ Courtroom, Las Cruces.

---

**CV 11-848 CG/KBM**    Herrera v. City of Roswell et al    (5 days)

    Attys. for Pltf:    Damon Richards
                          Gary Mitchell

    Atty. for Defts:  Bryan Evans

---

    Counsel and parties are to appear before Judge Garza one-half hour prior to jury selection to address pretrial matters. Unless otherwise directed, Counsel must be prepared to begin trial immediately following jury selection. For pretrial deadlines and other information, please refer to the attached pages.

    Please direct inquiries regarding this setting or other civil calendaring information to Tracy Diaz at 575.528.1670.

                                            _____
                                            **Carmen E. Garza**
                                            **U.S. States Magistrate Judge**

**PREPARATION FOR TRIAL**
**BEFORE THE HONORABLE CARMEN E. GARZA**

## DECORUM AND GENERAL INSTRUCTIONS

1. Be on time for each court session. Trial engagements take precedence over any other business. If you have matters in other courtrooms, make other arrangements in advance for the handling of such matters.

2. Court time may not be used for marking exhibits. This must be done in advance of the court session.

3. Under no circumstances are you to attempt to communicate in any manner with any member of the jury prior to or during trial. Your clients and witnesses should also be so instructed.

4. Do not argue the case or discuss law in your opening statement. Your opening statement should present a concise summary of the ultimate facts to be proved. Do not describe in detail what particular witnesses will say.

5. You may move from the lectern when you question witnesses so long as it is not unduly distracting or uncomfortable for trial participants.

6. If you intend to question a witness about a group of documents, avoid delay by having all the documents with you when you start the examination.

7. Commence your examination or cross-examination without unnecessary preliminary introductions.

8. When you object in the presence of the jury, make your objection short and to the point. "Speaking" objections will not be allowed. Cite the Rule of Evidence or common designation for your objection (*e.g.*, "hearsay"). Do not argue the objection. Do not make substantive motions (*e.g.*, a motion for a mistrial or directed verdict) in the presence of the jury. Such matters may be raised at sidebar or, by request, at the first recess without waiving any rights by such delayed motion.

9. Do not argue with the ruling of the Court in the presence of the jury and refrain from thanking the Court following a ruling.

10. Each party will be responsible for securing the appearance of witnesses the party proposes to call.

11. Clients and witnesses are expected to be on time, and counsel should always have witnesses available to fill a full trial day (*i.e.*, 8:30 AM - 5:00 PM). Counsel who do not have a witness available may be penalized.

12. Those exhibits which are not stipulated to shall be identified in sufficient detail to allow the Court to anticipate significant evidentiary problems.

13. Any exhibits not admitted at the beginning of trial may not be shown to the jury or testified to, regarding the contents of such exhibit, by the witness unless and until they are admitted.

14. Jury instructions shall be submitted to the Court in accordance with the section entitled **PREPARATION OF JURY INSTRUCTIONS** contained herein, along with Judge Garza's stock jury instructions, are available on Judge Garza's Chambers Page at www.nmcourt.fed.us or by request.

15. In the average case, each counsel will be permitted approximately **twenty (20) minutes** to voir dire the venire panel. **Do not argue the case or cite legal principles in your voir dire**.

16. Counsel will not get into possible areas of reversible error without prior Court approval, whether in opening or questioning witnesses. (*E.g.*, Comment on a defendant's silence, invocation of constitutional rights, Rules 404(b), 608 or 609 material, etc.)

## PRE-TRIAL TIME TABLE

1. Throughout these instructions, the term "trial" refers to commencement of the trailing docket. Therefore, all dates operate off of the initial jury selection date or date upon which the trailing docket begins. **Counsel must seek leave of the Court in the form of a written motion to extend any pretrial deadline.**

2. Where a submission deadline falls on a holiday, the deadline becomes the next working day after the holiday.

| Event | Deadline | Comment |
|---|---|---|
| **PERTAINING TO CIVIL CASES** | | |
| **Exchange of Exhibits** | Twenty (20) days before trial | Charts, plats, diagrams, etc., shall be marked and ready as to measurements, landmarks, and other identifying factual material. Exhibits shall be marked and identified (plaintiff's on yellow labels by numbers and defendant's on blue labels by letters, *e.g.*, A, B, C, ..., AA, AB, AC, ...) prior to trial. |

| Event | Deadline | Comment |
|---|---|---|
| **Objections to Exhibits** | Ten (10) days before trial | You should specify the Rule of Evidence or other legal authority upon which your objection is based. The Court will consider such objections, and most exhibits will be admitted, prior to trial. |
| **Motions in Limine and other admissibility issues** | Ten (10) days before trial | Does not include *Daubert* motions. Challenges pursuant to *Daubert* shall be made prior to the dispositive motions deadline as set forth in the Initial Pretrial Report; that is, ***Daubert* motions are to be filed no later than the date designated as the dispositive motion deadline.** |
| **Witness Identification** | Twenty (20) days before trial | Witnesses shall be identified in accordance with the Pretrial Order, but in no event later than twenty (20) calendar days before trial. |
| **Witness and Exhibit Lists** | Five (5) days before trial | Complete lists of witnesses to be called at trial and of exhibits to be used and **four (4)** copies of each list shall be filed with the Clerk by the deadline.  The order of the witnesses is not binding, but known witnesses not listed in accordance with this procedure will not be allowed to testify. |

| Event | Deadline | Comment |
|---|---|---|
| **Expert Reports** | In accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure | When calling an expert witness, it is the responsibility of counsel to establish his/her qualifications to express an opinion under Rule 702 after which counsel must move his/her acceptance by the Court as an expert. In that connection, counsel must inform the Court the particular field in which counsel offers the witness as an expert. As in other areas, cumulative expert testimony will not be permitted. |
| **Depositions** | Twenty (20) days before trial | Notify opposing counsel and the Court of such intended use of depositions. If a deposition is used in part, counsel shall mark the parts to be used for the Court and opposing counsel. Plaintiff will use a yellow marker and defendant a blue marker. This does not apply to cross-examination or rebuttal. |
| **Deposition Objections** | Ten (10) days before trial | Opposing counsel shall file with the Clerk objections to any material. |
| **Memoranda of Law** | Five (5) days before trial | Trial briefs outlining the basic legal theories, anticipated evidence in support of such theories, and the legal basis of any anticipated evidentiary disputes are encouraged and should be filed with the Clerk. |

| Event | Deadline | Comment |
|---|---|---|
| **Jury Instructions** | Five (5) days before trial | Jury Instructions are to be prepared as described in a separate document which, along with Judge' Garza's stock jury instructions, are available on Judge Garza's Chambers Page at www.nmcourt.fed.us or by request. |
| **Non-jury Trials - Findings of Fact** | Ten (10) days before the trailing docket is set to begin | Findings of fact and conclusions of law shall be filed with the Clerk, with references to exhibits and proposed testimony.  **Each party shall also submit the proposed findings and conclusions on a DVD.** |
| **Voir dire Exchange** | Five (5) days before jury selection | In the average case, each counsel will be permitted ten (10) minutes to voir dire the entire panel.  **Do not argue the case or cite legal principles in your voir dire**. Requested voir dire shall be exchanged between counsel at least five (5) working days before the case is scheduled for jury selection.  If counsel cannot agree on proposed voir dire, any objections must be brought to the Court's attention at least two (2) working days prior to jury selection. |
| **Objections to opponent's voir dire** | Two (2) days before trial | |

# TRIAL DEADLINES - CHECKLIST

## ● 20 days before trial

- ❒ Mark and exchange exhibits
- ❒ Notify opposing counsel and Court of intended use of depositions under FRCP

## ● 10 days before trial

- ❒ File the stipulated and contested "Exhibit Lists" *(using Judge Garza's form)*
- ❒ File objections to exhibits
- ❒ File motions in limine
- ❒ File objections to depositions noticed for trial
- ❒ If it will be a bench trial, file Finding of Fact and Conclusions of Law.
- ❒ Notify chambers if you intend to use particular equipment or courtroom technology

## ● 5 days before trial

- ❒ File Witness List *(subject to earlier dates set by Pretrial Order)*
- ❒ If it is a jury trial, file stipulated and contested jury instructions *(in following format)*
- ❒ Provide chambers with copy of instructions in electronic format
- ❒ File trial briefs
- ❒ Exchange requested voir dire questions

## ● 2 days before jury selection

- ❒ Notify court of voir dire questions upon which parties cannot agree
- ❒ Provide the court with a Statement of the Case to be read at jury selection

**NOTICE:**
Counsel and parties are to appear before Judge Garza one-half hour prior to the jury selection setting to discuss the trial and address any matters needing attention.

# **EXHIBIT LIST**

C<sub>ASE</sub> N<sub>O</sub>. _____

_____ vs. _____

| | EXHIBIT | | | | OFFERED ADMITTED | | |
|---|---|---|---|---|---|---|---|
| DATE | PLF NO. | DFT LTR | WITNESS | DESCRIPTION OF EXHIBIT | O | A | OBJ |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |